Case 1:10-cv-03049-WJM-KMT   Document 20   Filed 07/12/11   USDC Colorado   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–03049–WJM–KMT

JORGE DIAZ,
ROBIN DIAZ, and
ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,

    Plaintiffs,

v.

STEWART & STEVENSON POWER PRODUCTS, LLC, a Delaware corporation,

    Defendant.

---

**ORDER**

---

    Due to a scheduling conflict, the final pretrial conference set in this matter for February 21, 2012 at 9:30 a.m. is VACATED.  The final pretrial conference is hereby reset for March 8, 2012 at 9:30 a.m.

    The parties are reminded that a Final Pretrial Order shall be prepared by the parties and submitted to the court no later than five (5) <u>business</u> days prior to the final pretrial conference.

    Dated this 12th day of July, 2011.

BY THE COURT:

*/s/ Kathleen M. Tafoya*
Kathleen M. Tafoya
United States Magistrate Judge