**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No.  10-cv-03049-WJM-KMT

JORGE DIAZ,
ROBIN DIAZ, and
ACE AMERICAN INSURANCE COMPANY, a Pennsylvania Corporation,

    Plaintiff(s),

v.

STEWART & STEVENSON POWER PRODUCTS, LLC, a Delaware Corporation

    Defendant(s).

---

**ORDER GRANTING STIPULATED MOTION TO DISMISS**

---

    This matter comes before the Court on the Parties' Stipulated Motion to Dismiss with Prejudice filed March 22, 2012 (ECF No. 65).  The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

    The Parties' Stipulated Motion to Dismiss is GRANTED.  The above-captioned action is DISMISSED WITH PREJUDICE.  Each party shall pay his/her/its own attorney's fees and costs.

    The Court FURTHER ORDERS that while this matter shall be closed, it shall nonetheless retain jurisdiction to resolve any disputes as to the allocation of settlement proceeds between the Plaintiffs.

Dated this 23rd day of March, 2012.

BY THE COURT:

_____
William J. Martínez
United States District Judge